UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:17-048 |
| | ) | |
| EDMOND CRAWFORD | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Alex M. Brown,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Alex M. Brown** be granted leave of absence for the following periods: **November 3, 2017 through November 7, 2017; November 20, 2017 through November 24, 2017; and December 25, 2017 through December 29, 2017.**

This 23rd day of October, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA