IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-048 |
| | ) | |
| EDMOND CRAWFORD | ) | |

**O R D E R**

The Court appointed Alex M. Brown as defense counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. The Court has determined funds are available from, or on behalf of, Defendant for partial payment of court-appointed counsel's fees and expenses. The Court **ORDERS** Defendant to pay $250.00 monthly for a period of ten months. The first payment is due on July 1, 2022, and should be made payable to the Clerk, U.S. District Court, P.O. Box 1130, Augusta, Georgia 30903. Subsequent payments are due on the first business day of every month. The Court **ORDERS** the Clerk of Court to serve a copy of this Order directly upon Defendant by U.S. Mail.

SO ORDERED this 23rd day of May, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA